**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JILLIAN SCHROTBERGER,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JOHN DOE, as the ADMINISTRATOR of the ESTATE OF ANDREAS SCHNEIDER-NEUREITHER, et al.<br><br>　　　　　　　Defendants. | :<br>:<br>:<br>:　NO. 21-cv-00364<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

**TO THE CLERK OF COURT**:

　　　Kindly enter my appearance on behalf of Plaintiff Jillian Schrotberger in the above referenced matter.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Eric J. Schreiner
　　　　　　　　　　　　　　　　　　　　　Eric J. Schreiner (No. 76721)
　　　　　　　　　　　　　　　　　　　　　KLEINBARD LLC
　　　　　　　　　　　　　　　　　　　　　Three Logan Square
　　　　　　　　　　　　　　　　　　　　　1717 Arch Street, 5th Floor
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　Phone: (215) 568-2000
Dated: February 8, 2021　　　　　　　　　　Email: eschreiner@kleinbard.com