IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILLIAN SCHROTBERGER<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, as the ADMINISTRATOR of the ESTATE OF ANDREAS SCHNEIDER-NEUREITHER<br><br>and<br><br>SNP TRANSFORMATION, INC.,<br><br>and<br><br>SNP SCHNEIDER-NEUREITHER & PARTNER SE,<br><br>and<br><br>SN ASSETS AMERICAS LLC,<br><br>Defendants. | Civil Action No. 2:21-CV-00364-JMY |

**ATTORNEY AFFIDAVIT OF SERVICE PURSUANT TO FED. R. CIV. PRO. 4(h)**

I, Lorena E. Ahumada, hereby certify and affirm:

1. I am Of Counsel at the law firm of Kleinbard LLC, and counsel for plaintiff, Jillian Schrotberger.

2. On April 1, 2020, pursuant to Federal Rule of Civil Procedure 4(h), I caused to be served upon Defendant SN Assets Americas LLC, via United States Postal Service certified mail return receipt requested, true and correct copies of the Complaint and Summons filed in this action.

{02077327;v1 }

3. The Complaint and Summons were mailed to SN Assets' registered agent, SNP Applications Americas, located at 4825 West Royal Lane, Irving, Texas 75062. Attached as Exhibit "A" is a true and correct copy of the certified mail receipt.

4. The Complaint and Summons were received by SN Assets' registered agent at its address at 2:12 p.m. on April 8, 2021. Attached as Exhibit "B" is a true and correct copy of the tracking information confirming delivery of the Summons and Complaint.

5. I certify and declare that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
LORENA E. AHUMADA

May 19, 2021

{02077327;v1 }

## CERTIFICATE OF SERVICE

I, Lorena E. Ahumada, hereby certify that on this 19th day of May 2021, a true and correct copy of Plaintiffs' Affidavit of Service Pursuant to Federal Rule of Civil Procedure 4(h) has been filed electronically and is available for viewing and downloading from the Court's ECF system. I further certify that I caused a true and correct copy of the same to be served upon the following in the manner indicated below:

| <u>Via ECF</u> | <u>Via US Mail</u> |
|---|---|
| Gregory S. Hyman, Esq.<br>Katharine W. Fogarty, Esq.<br>Four Penn Center<br>1600 JFK Blvd., Suite 1030<br>Philadelphia, PA 19103<br><br>*Counsel for Defendant, SNP Transformations, Inc.* | SNP Schneider-Neureither & Partner SE<br>Dossenheimer Landstraße 100, 69121<br>Heidelberg, Germany<br><br>SN Assets Americas, LLC<br>125 Fox Glen Circle<br>Irving, TX 75062 |

/s/ Lorena E. Ahumada<br>Lorena E. Ahumada