# Exhibit "A"



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

7019 1120 0000 8550 3837

Certified Mail Fee
$ 3.60

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$ 1.80

Total Postage and Fees
$ 8.25

Sent To SN ASSETS AMERICA, LLC C/O SNP APPLICATIONS AMERICA

Street and Apt. No., or PO Box No. 4825 WEST ROYAL LANE

City, State, ZIP+4® IRVING, TX 75062

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

PHILADELPHIA PA 19101
APR - 1 2021
Postmark Here

# Exhibit "B"

# USPS Tracking®

FAQs ›

## Track Another Package +

**Tracking Number:** 70191120000085503837

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 2:12 pm on April 8, 2021 in IRVING, TX 75063.

## ⊘ Delivered, Front Desk/Reception/Mail Room

April 8, 2021 at 2:12 pm
IRVING, TX 75063

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**