# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILLIAN SCHROTBERGER,  Plaintiff, | : : |
| v. | : 21-cv-0364-JMY : : |
| JOHN DOE, as the ADMINISTRATOR of the ESTATE OF ANDREAS SCHNEIDER-NEUREITHER, et al,  Defendants. | : : : : |

## ORDER

AND NOW, this 2nd day of June, 2021, upon consideration of Plaintiff Jillian Schrotberger's Motion to Withdraw Affidavit of Service on SN Assets Americas LLC (ECF No. 14), and any responses thereto, it is hereby ORDERED and DECREED that the Motion to withdraw Affidavit of Service at ECF No. 12 is GRANTED.

BY THE COURT:

/s/ John Milton Younge
Judge John Milton Younge