# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILLIAN SCHROTBERGER, : | |
|     Plaintiff, : | |
| : | 21-cv-0364-JMY |
| v. : | |
| : | |
| JOHN DOE, as the ADMINISTRATOR : | |
| of the ESTATE OF ANDREAS : | |
| SCHNEIDER-NEUREITHER, et al, : | |
|     Defendants. : | |

## **ORDER**

AND NOW, this 3rd day of June, 2021, upon consideration of the Motion to Extend Time for Service of the Complaint on SN Assets Americas, LLC, filed by the Plaintiff Jillian Schrotberger, it is hereby ORDERED and DECREED that said motion shall be GRANTED as follows—the time for service of the Complaint and Summons on Defendant SN Assets Americas, LLC, is extended until July 27, 2021.

BY THE COURT:

   /s/ John Milton Younge
Judge John Milton Younge