IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Schrotberger,<br><br>        Plaintiff,<br>v.<br><br>John Doe, as Administrator of the Estate of Andreas Schneider-Neureither, et al.,<br><br>        Defendants. | No. 2:21-cv-00364 |

## Motion to Dismiss of Defendant SN Assets Americas, LLC

Pursuant to Federal Rule of Civil Procedure 12(b)(2) and (5), Defendant SN Assets Americas, LLC respectfully moves the Court to dismiss the Complaint with prejudice for the reasons set forth in the attached Memorandum of Law, incorporated herein by reference. A form of Order is also provided.

Respectfully submitted,

/s/ George M. Vinci, Jr.
George M. Vinci, Jr., Esquire
Neal R. Troum, Esquire
Spector Gadon Rosen Vinci P.C.
1635 Market Street
Seventh Floor
Philadelphia, PA 19103
(215) 241-8888
gvinci@lawsgr.com, ntroum@lawsgr.com

Dated: July 16, 2021

*Attorneys for Defendant SN Assets Americas, LLC*