IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Schrotberger,<br><br>          Plaintiff,<br>v.<br><br>John Doe, as Administrator of the Estate of Andreas Schneider-Neureither, et al.,<br><br>          Defendants. | No. 2:21-cv-00364 |

## ORDER

AND NOW, this ___ day of _____, 2021, upon consideration of the Motion to Dismiss of Defendant SN Assets Americas, LLC, and any response thereto, it is hereby ORDERED, ADJUDGED, and DECREED that the motion is GRANTED. Plaintiff's claims against Defendant SN Assets Americas, LLC are hereby DISMISSED with PREJUDICE.

BY THE COURT:

_____
Younge, J.