## Certificate of Service

I, Neal R. Troum, hereby certify that I filed the foregoing with the Court's ECF/CM electronic filing system, which served it upon all counsel of record.

Dated: July 16, 2021                    /s/ Neal R. Troum
                                        Neal R. Troum