# EXHIBIT "1"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Schrotberger,<br><br>　　　　　Plaintiff,<br>v.<br><br>John Doe, as Administrator of the Estate of<br>Andreas Schneider-Neureither, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-00364 |

### Declaration of Kathy Phillips

I, Kathy Phillips, pursuant to 28 U.S.C. § 1746, being of full age, hereby declare as follows:

1.　I am the Operations Manager for Meredith CPAs ("Meredith"). I work at Meredith's offices at 222 W. Las Colinas Blvd., Suite 1150E, Irving, TX 75039.

2.　I make this Declaration in Support of the Motion to Dismiss of Defendant SN Assets Americas, LLC ("SN Assets"), in the above-captioned matter.

3.　On Friday, June 25, a package was delivered to Meredith, purportedly on behalf of SN Assets.

4.　I was asked by the delivery person to sign for this delivery, and so I did.

5.　The package purported to contain service of process of the above lawsuit on SN Assets.

6.　Meredith provides only accounting services to SN Assets. Meredith is not SN Assets' registered agent for process. Meredith is not authorized to accept service of process for SN Assets. I am neither an employee nor agent of SN Assets authorized to accept service of process for SN Assets.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July 12__, 2021, in __Irving__, Texas.

_Kathy Phillips_ (signature)
Kathy Phillips

# EXHIBIT "2"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Schrotberger,

        Plaintiff,

v.

John Doe, as Administrator of the Estate of Andreas Schneider-Neureither, et al.,

        Defendants.

No. 2:21-cv-00364

### Declaration of Tiffany Nguyen

I, Tiffany Nguyen, pursuant to 28 U.S.C. § 1746, being of full age, hereby declare as follows:

1. I am a Tax Manager for Meredith CPAs ("Meredith"). I work at Meredith's offices at 222 W. Las Colinas Blvd., Suite 1150E, Irving, TX 75039.

2. I make this Declaration in Support of the Motion to Dismiss of Defendant SN Assets Americas, LLC ("SN Assets"), in the above-captioned matter.

3. I make this Declaration based on my personal knowledge.

4. SN Assets is a client of Meredith's for accountancy purposes. Meredith provides only accounting services to SN Assets. Meredith is not SN Assets' registered agent for process. Meredith is not authorized to accept service of process for SN Assets.

5. SN Assets is a limited liability company formed under the laws of Texas.

6. SN Assets is physically located in Irving, Texas.

7. The only place where I am aware SN Assets does business is in Irving, Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July 12 , 2021, in  Irving        , Texas.

_____
Tiffany Nguyen