# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILLIAN SCHROTBERGER | : |
| Plaintiff, | : |
| | : Civil Action No. 2:21-CV-00364-JMY |
| v. | : |
| JOHN DOE, as the ADMINISTRATOR of the ESTATE OF ANDREAS SCHNEIDER-NEUREITHER; ET AL. | : |
| Defendants. | : |

### AFFIDAVIT OF JILLIAN SCHROTBERGER

I, Jillian Schrotberger, a competent adult, being duly sworn according to law, depose and state as following:

1. I am the Plaintiff in this matter and an employee of Defendant SNP Transformations, Inc. ("SNP Transformations") and SNP Schneider-Neureither & Partner SE ("SNP SE") (together, the "SNP Entities").

2. I am a resident of Pennsylvania, and was hired as a consultant to the SNP Entities on January 1, 2018 by Schneider-Neureither.

3. In March 2018, I became a full-time employee of the SNP Entities as Chief Executive Assistant to Schneider-Neureither.

4. In May 2018, I was promoted to Senior Advisor to Schneider-Neureither.

5. As an employee of the SNP Entities, I work primarily in Pennsylvania.

6. My compensation was paid for by SNP Transformations and charged back to SNP SE.

{02113352;v1 }

1

7. Further, upon information and belief, SN Assets contributed to my salary paid by the SNP Entities for work I primarily did in Pennsylvania.

8. My compensation package from employment with SNP Entities also included for some time my monthly rent for my personal residence in Pennsylvania.

9. SN Assets Americas paid the rent for my personal residence in Pennsylvania as part of my compensation package.

10. On at least one occasion, when I incurred a business expense for a fellow SNP SE employee performing work on behalf of SNP Entities, SN Assets reimbursed me for the expense.

11. SN Assets owns a business/residential property at 125 Fox Glenn Circle, Irving, TX, 75062, where I often conducted business for SNP Entities in the course and scope of my employment.

12. SN Assets' directed business activities towards Pennsylvania by contributing to my compensation package and reimbursing me for business expenses for work I performed and expenses I incurred while performing my job in Pennsylvania.

_Jillian Schrotberger_
Jillian Schrotberger

Sworn to and subscribed
before me this 28 day
of July, 2021

_Notary Public_

BRANDEE ANDERSON
Notary Public - State of Utah
Commission # 709473
My Commission Expires
December 2, 2023