# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILLIAN SCHROTBERGER,       : | |
|     Plaintiff,       : | |
|        : | 21-cv-0364-JMY |
| v.       : | |
|        : | |
| JOHN DOE, as the ADMINISTRATOR       : | |
| of the ESTATE OF ANDREAS       : | |
| SCHNEIDER-NEUREITHER, et al,       : | |
|     Defendants.       : | |

## ORDER

AND NOW, this 16th day of August, 2021, upon consideration of Defendants SNP Schneider-Neureither & Partner, SE's ("SNP SE") attached Consent Request for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, it is ORDERED that the Request is GRANTED as follows—the deadline for SNP SE to answer, move, or otherwise respond to Plaintiff's Complaint is extended to September 1, 2021.

BY THE COURT:

   /s/ John Milton Younge
Judge John Milton Younge