# McGuireWoods

| Number of Pages (including Fax cover sheet): 4 | DATE: 8/16/2021 11:56:26 AM |
|---|---|

**If all pages are not received, please call the Fax Operator indicated below.**

**TO:** The Hon. John Milton Younge

**OFFICE/COMPANY/FIRM:**

**PHONE NUMBER:**        **FAX NUMBER:** 267-299-7368

**FROM:**

**OFFICE:** Baltimore        **DIRECT FAX #:**

**SENDER'S DIRECT DIAL PHONE NUMBER:**

**REMARKS:**

| OFFICE | GENERAL FAX NUMBER | SWITCHBOARD | FAX OPERATOR |
|---|---|---|---|
| Baltimore, MD | 410/659-4599 | 404/443-5500 | 404/443-5500 |

This Fax is intended for the recipient indicated above. It may be confidential or protected from disclosure by the attorney-client privilege or work-product doctrine. If you have received this Fax in error, please destroy it immediately. Thank you.

McGuireWoods LLP
500 East Pratt Street
Suite 1000
Baltimore MD 21202
Phone: 410.659.4400
Fax: 410.659.4599
www.mcguirewoods.com

Adam T. Simons
Direct: 410.659.4417

McGUIREWOODS

asimons@mcguirewoods.com
Fax: 410.659.4484

August 16, 2021

**VIA FAX - 267-299-7368**
The Hon. John Milton Younge
U.S. District Court for the Eastern District of Pennsylvania
4007 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106
Courtroom 4-A

> **RE:** *Schrotberger v. Doe, et al.*, **Case No. 2:21-cv-00364-JMY**
> **Consent Request for Extension of Time To Answer or Otherwise Respond to Plaintiff's Complaint**

Dear Judge Younge:

McGuireWoods LLP has been retained to represent SNP Schneider-Neureither & Partner, SE ("SNP SE") in the above-referenced matter.

Pursuant to the Your Honor's Policies and Procedures, I write to request that the Court grant SNP SE until September 1, 2021 to file an answer or to otherwise respond to the Complaint filed by Plaintiff Jillian Schrotberger ("Plaintiff") (Doc. No. 1). SNP SE learned only on August 10, 2021 that it was served in this matter on June 23, 2021 when Plaintiff filed her Affidavit of Service (Doc No. 24). Based on the date of service, SNP SE's deadline to answer or otherwise respond to the Complaint has passed.

We have conferred with counsel for Plaintiff, and Plaintiff consents to the requested extension. This extension will permit SNP SE time to prepare a response to Plaintiff's Complaint, and it is SNP SE's first request for an extension in this matter. The requested extension will not prejudice any party, and will not impact any other pending deadlines.

Accordingly, SNP SE respectfully requests that the Court permit it until and including September 1, 2021 to answer or otherwise respond to Plaintiff's Complaint. A proposed Order is enclosed.

Respectfully submitted,

*/s/ Adam T. Simons*

Adam T. Simons

Atlanta | Austin | Baltimore | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
Los Angeles - Downtown | New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Tysons | Washington, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILLIAN SCHROTBERGER, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 21-364-JMY |
| JOHN DOE, et al. | : |

## ORDER

**AND NOW**, this _____ day of August, 2021, upon consideration of Defendant SNP Schneider-Neureither & Partner, SE's ("SNP SE") attached Consent Request for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, it is **ORDERED** that the Request is **GRANTED**, and the deadline for SNP SE to answer, move, or otherwise respond to Plaintiff's Complaint is extended to and including **September 1, 2021.**

BY THE COURT:

_____
**JUDGE JOHN MILTON YOUNGE**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all counsel of record in this matter via email on August 16, 2021 as follows:

Lorena F. Ahumada (lahumada@kleinbard.com)
Matthew H. Haverstick (mhaverstick@kleinbard.com)
Eric J. Schreiner (eschreiner@kleinbard.com)
Samantha G. Zimmer (szimmer@kleinbard.com)

*Counsel for Plaintiff Jillian Schrotberger*

Gregory S. Hyman (ghyman@kdvlaw.com)
Katharine W. Fogarty (kfogarty@kdvlaw.com)

*Counsel for SNP Transformations, Inc.*

Neal Robert Troum (ntroum@lawsgr.com)
George M. Vinci, Jr. (gvinci@lawsgr.com)

*Counsel for SN Assets Americas LLC*


                                              */s/ Adam T. Simons*