# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILLIAN SCHROTBERGER, : | |
|     Plaintiff, : | |
| : | 21-cv-0364-JMY |
| v. : | |
| : | |
| JOHN DOE, as the ADMINISTRATOR : | |
| of the ESTATE OF ANDREAS : | |
| SCHNEIDER-NEUREITHER, et al, : | |
|     Defendants. : | |

## ORDER

AND NOW, this 7th day of October, 2021, it is hereby ORDERED that the Application for Admission Pro Hac Vice of Joel S. Allen, Esquire, (ECF No. 35) to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is GRANTED.[1]

BY THE COURT:

  /s/ John Milton Younge
Judge John Milton Younge

---

[1] This Court's Local Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.