IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILLIAN SCHROTBERGER,<br>    Plaintiff,<br><br>v.<br><br>JOHN DOE, as the ADMINISTRATOR of the ESTATE OF ANDREAS SCHNEIDER-NEUREITHER, et al,<br>    Defendants. | :<br>:<br>:   21-cv-0364-JMY<br>:<br>:<br>:<br>:<br>:<br>: |

### ORDER FOR RULE 16 CONFERENCE

**AND NOW**, this 7th day of October, 2021, it is hereby **ORDERED** that a Fed. R. Civ. P. 16 conference shall be held on **Thursday, November 18, 2021 at 11:00 a.m.** Counsel are to appear by video and will be notified via e-mail with instructions on how to participate remotely.

It is **FURTHER ORDERED** as follows:

1. The parties shall make the required initial disclosures pursuant to Fed. R. Civ. P. 26(a) within 14 days of the date of this Order.

2. The parties shall commence discovery immediately and shall have conducted substantial discovery before the Rule 16 conference.

3. After consultation with counsel for all parties, counsel shall complete the required **Joint Report of Rule 26(f) Meeting** and file the same with the Clerk of Court at least 6 days prior to the Rule 16 conference. Counsel shall incorporate all the information described in Judge Younge's form Report, which can be found at http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge

BY THE COURT:

   /s/ John M. Younge
Judge John Milton Younge