# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILLIAN SCHROTBERGER, : | |
|     Plaintiff, : | |
| : | 21-cv-0364-JMY |
| v. : | |
| : | |
| JOHN DOE, as the ADMINISTRATOR : | |
| of the ESTATE OF ANDREAS : | |
| SCHNEIDER-NEUREITHER, et al, : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this 24th day of November 2021, in light of the Amended Complaint filed by the Plaintiff (ECF No. 52), it is hereby ORDERED that:

1. the two Motions to Dismiss (ECF No. 18 & 40) filed by Defendant, SN Assets Americas, LLC, are DENIED as MOOT; and

2. the Motion to Dismiss (ECF No. 27) filed by SNP Schneider-Neureither & Partner SE is DENIED as MOOT.

IT IS SO ORDERED.

BY THE COURT:

/s/ John Milton Younge
Judge John Milton Younge