UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106

September 9, 2022

Lorena E. Ahumada
Kleinbard, LLC
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, Pennsylvania 19103

RE:   Schrotberger v. SNP Transformations, Inc.
      Civil Action No. 21-cv-0364-JMY

Lorena E. Ahumada:

A review of the Court's records shows that service of the Complaint has not been made on Defendant John Doe as the Administrator of the Estate of Andreas Schneider-Nuereither.

If service is not made within a reasonable time, the action against the Estate of Andreas Schneider-Neureither may be dismissed without prejudice for lack of prosecution unless it is shown that Plaintiff exercised due diligence and attempted in good faith to make service of process in accordance with the Hague Convention for service on a Defendant in a foreign country.

Sincerely,

  /s/ Dedra Brannan
Dedra Brannan
Deputy Clerk to Judge John M. Younge