** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED         REMOTE CSID         DURATION    PAGES   STATUS
October 20, 2022 at 4:11:31 PM EDT                    59      2       Received

Case 2:21-cv-00364-JMY   Document 68   Filed 10/26/22   Page 1 of 2

10/20/2022 15:58 FAX                                            ☐ 001/002

Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
215.568.2000 tel
215.568.0140 fax



# KLEINBARD LLC

# FACSIMILE

| TO | FAX NO. | PHONE |
|---|---|---|
| The Honorable Judge Milton Younge | (267) 299-7368 | |

| DATE | No. of Pages (including cover page) |
|---|---|
| 10/20/2022 4:04 PM | 2 |

**RE:** Schrotberger v. Doe, et al., USDC EDPA, Case No. 2:21-CV-00364-JMY

| FROM | FAX NO. | PHONE |
|---|---|---|
| Lorena E. Ahumada | (215) 568-0140 | (215) 496-7227 |

BIG FIRM EXPERIENCE. SMALL FIRM ATTENTION.                    kleinbard.com

LORENA E. AHUMADA
LAHUMADA@KLEINBARD.COM
*Direct Dial 215.496.7227*



**KLEINBARD**

October 20, 2022

<u>VIA FAX</u> (267-299-7368)

The Honorable John Milton Younge
4007 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**RE: Schrotberger v. Doe, et al., USDC EDPA, Case No. 2:21-CV-00364-JMY**

Dear Judge Younge:

    I write on behalf of plaintiff, Jillian Schrotberger and defendant, SNP Transformations, Inc. in the above-referenced matter. The parties respectfully request a short extension of the deadlines set in the Court's Scheduling Order dated September 9, 2022.

    The parties are actively engaging in discovery and mutually agree that the volume of requested documents and the number of anticipated depositions necessitate a two-month extension of the current case deadlines. Jointly, therefore, the parties respectfully request that the Scheduling Order be amended to provide a 2-month extension of deadlines, as follows:

1. All fact discovery shall be completed by **Friday, March 17, 2023**.

2. The parties shall produce their expert report(s) by **Friday, March 31, 2023**; rebuttal expert report(s) shall be produced by **Friday, April 14, 2023**; all expert discovery, including depositions of expert witnesses shall be completed by **Friday, April 28, 2023**.

3. All motions for summary judgment and *Daubert* motions shall be filed no later than **Tuesday, May 30, 2023**. Responses to such motions shall be filed no later than **Friday June 30, 2023**.

    Thank you for your courtesies in this matter.

Respectfully yours,

Lorena E. Ahumada

cc (via email):    Gregory S. Hyman, Esq.
                      Katharine W. Fogarty, Esq.

Three Logan Square   1717 Arch Street, 5th Floor   Philadelphia, PA 19103   tel 215.568.2000   fax 215.568.0140   Kleinbard.com