# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILLIAN SCHROTBERGER<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, as the ADMINISTRATOR of the ESTATE OF ANDREAS SCHNEIDER-NEUREITHER; ET AL.<br><br>Defendants. | :<br>:<br>:<br>:  Civil Action No. 2:21-CV-00364-JMY<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF VOLUNTARY DISMISSAL OF JOHN DOE, AS THE ADMINISTRATOR OF THE ESTATE OF ANDREAS SCHNEIDER-NEUREITHER

It is hereby stipulated and agreed by and between the undersigned that this action is hereby voluntarily dismissed as to John Doe, the Administrator of the Estate of Andreas Schneider-Neureither.

**KLEINBARD LLC**

*/s/ Lorena E. Ahumada*
Matthew H. Haverstick
Lorena E. Ahumada
Eric J. Schreiner
Samantha G. Zimmer
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
(215) 568-2000

*Counsel for plaintiff, Jillian Schrotberger*

Dated: November 3, 2022

                    **KAUFMAN DOLOWICH & VOLUCK, LLP**

                    */s/ Katharine W. Fogarty*
Gregory S. Hyman
Katharine W. Fogarty
Four Penn Center
1600 JFK Blvd., Suite 1030
Philadelphia, PA 19103
(215) 501-7024 / (215) 501-7044
ghyman@kdvlaw.com
kfogarty@kdvlaw.com

*Counsel for defendant, SNP Transformations*

Dated: November 3, 2022

## **CERTIFICATE OF SERVICE**

I certify that the foregoing Notice of Voluntary Dismissal was served on this date via this Court's ECF system on the following:

Gregory S. Hyman, Esq.
Katharine W. Fogarty, Esq.
Four Penn Center
1600 JFK Blvd., Suite 1030
Philadelphia, PA 19103
ghyman@kdvlaw.com
kfogarty@kdvlaw.com

*Counsel for Defendant, SNP Transformations, Inc.*

**KLEINBARD LLC**

*/s/ Lorena E. Ahumada*
Matthew H. Haverstick
Lorena E. Ahumada
Eric J. Schreiner
Samantha G. Zimmer
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
(215) 568-2000

*Counsel for plaintiff, Jillian Schrotberger*

Dated: November 3, 2022