IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILLIAN SCHROTBERGER : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 2:21-CV-00364-JMY |
| v. : | |
| : | |
| JOHN DOE, as the ADMINISTRATOR of the : | |
| ESTATE OF ANDREAS SCHNEIDER- : | |
| NEUREITHER; ET AL. : | |
| : | |
| Defendants. : | |

**STIPULATION OF DISMISSAL**

The remaining parties to this action, by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of the above-captioned action, with prejudice, with each party to bear their own fees and costs.

| **KLEINBARD LLC** | **KAUFMAN DOLOWICH & VOLUCK, LLP** |
|---|---|
| /s/ Lorena E. Ahumada | /s/ Katharine W. Fogarty |
| Matthew H. Haverstick, Esq. | Gregory S. Hyman, Esq. |
| Lorena E. Ahumada, Esq. | Katharine W. Fogarty, Esq. |
| Eric J. Schreiner, Esq. | Four Penn Center |
| Samantha G. Zimmer, Esq. | 1600 JFK Blvd., Suite 1030 |
| Three Logan Square, 5th Fl. | Philadelphia, PA 19103 |
| 1717 Arch Street | (215) 501-7002 |
| Philadelphia, PA 19103 | |
| (215) 568-2000 | |
| | *Counsel for defendant, SNP Transformations, Inc.* |
| *Counsel for plaintiff, Jillian Schrotberger* | |

Date:  April 28, 2023

4886-3865-3024, v. 1